IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LATRELL T. WHITE,                                                               PLAINTIFF

v.                              5:11-cv-154-DPM-JTR

BOLIN, Director;
and RANDLE, Nurse,
Brassell Detention Center                                                       DEFENDANTS

## JUDGMENT

White's complaint is dismissed without prejudice. An *in forma pauperis* appeal would not be in good faith.

D.P. Marshall Jr.
United States District Judge

12 August 2011